# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ANQUAN DEWAYNE WALTERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2148

_____

July 26, 2024

BY ORDER OF THE COURT:

Appellant's motion to recall mandate is granted, and the mandate entered on February 26, 2024, is hereby recalled. The opinion entered January 26, 2024, is hereby withdrawn. The attached opinion is substituted for the original opinion.

I HEREBY CERTIFY THE FOREGOING IS A
TRUE COPY OF THE ORIGINAL COURT ORDER.

MARY ELIZABETH KUENZEL
CLERK

DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____


ANQUAN DEWAYNE WALTERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.


No. 2D22-2148

_____

July 26, 2024

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Howard L. Dimmig, II, Public Defender, and Benedict P. Kuehne, Special Assistant Public Defender, Bartow, for Appellant.

Susan Dmitrovsky of Kuehne Davis Law, P.A., Miami, of counsel, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.


Affirmed. *See Maye v. State*, 368 So. 3d 531 (Fla. 6th DCA 2023).

CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.